ACCEPTED
06-14-00079-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 4:44:35 PM
DEBBIE AUTREY
CLERK

Cause No.: 06-14-00079-CV

## IN THE COURT OF APPEALS
## SIXTH DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 4:44:35 PM
DEBBIE AUTREY
Clerk

### MONDEE STRACENER, Appellant

### V.

### DOUG STRACENER, BERNICE L. STRACENER AND JOEY KEITH STRACENER, Appellees

## APPELLEES' RESPONSE TO APPELLANT'S MOTION TO PERMIT LATE FILING

### TO THE HONORABLE JUSTICES OF SAID COURT:

Come now, Doug Stracener, Bernice L. Stracener, and Joey Keith Stracener, hereinafter referred to as Appellees, and file this Response to Appellant's Motion to Permit Late Filing.

### I.

Appellees would show the Court that this matter has been pending since February 21, 2006, in the District Court of Upshur County, Texas. There have been repeated hearings involving a division of the property and other matters including temporary restraining orders and injunctions.

### II.

The instant case was the subject to an appeal to the Twelfth District Court of Appeals in Tyler in Cause No.: 12-10-000270-CV, which appeal complained of the findings of the Honorable Richard Davis. The case was affirmed in all ways by the Court of Appeals and remanded to the Trial Court for further proceedings.

By _____
David B. Griffith
State Bar No. 08479300
E-Mail: davidg@griffithlawfirm.com
Attorney for Appellees

## CERTIFICATE OF SERVICE

I certify that on August __12__, 2015, a true and correct copy of Appellees' Response to Appellant's Motion to Permit Late Filing has been served on Robert M. Minton electronically at mintonbrown@suddenlinkmail.com and the electronic transmission was reported as complete.

_____
David B. Griffith
E-Mail: davidg@griffithlawfirm.com